**Petition Granted and Order filed July 30, 2013.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-13-00619-CV**

_____

**ASNAKE T. BELEHU, Appellant**

**V.**

**CAROLYN LAWNICZAK, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF DANIEL J. LAWNICZAK DECEASED, Appellee**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-58115**

---

## ORDER

On July 17, 2013, Asnake T. Belehu timely filed a petition for a permissive interlocutory appeal pursuant to Texas Rule of Appellate Procedure 28.3, in which he seeks to appeal the trial court's July 2, 2013, denial of his motion for summary judgment based on immunity or limited liability under the Texas Tort Claims Act (TTCA). *See* Tex. Civ. Prac. & Rem. Code §§ 101.106(f)), 101.023(b).

To be entitled to a permissive appeal, a party must establish that: (1) "the order to be appealed involves a controlling question of law as to which there is a substantial ground for difference of opinion" and (2) "an immediate appeal from the order may materially advance the ultimate termination of the litigation." Tex. R. App. P. 28.3(e)(4).

More than ten days have passed since the petition was filed, and no response has been filed. *See* Tex. R. App. P. 28.3(f), (j). After review of the petition, we conclude that appellant has established his entitlement to a permissive appeal, and we **GRANT** the petition.

The notice of appeal is deemed to be filed on today's date, and the appeal is considered an accelerated appeal. *See* Tex. R. App. P. 28.3(k). A separate notice of appeal need not be filed. *Id.* The appellate filing fees are due immediately. *See* Tex. R. App. P. 5. The record is due within **ten days** of today's date. *See* Tex. R. App. P. 35.1(b). A copy of this order must be filed with the trial court clerk. *See* Tex. R. App. P. 28.3(k).

IT IS SO ORDERED.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Donovan.

2